FILED
February 27, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004091828

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| BANK OF AMERICA, N.A. ) | BANKRUPTCY NO. 11-63718 |
| ) | |
| v. ) | CHAPTER 13 |
| ) | |
| TIMOTHY JAMES DOLAN and ALLISON ) | D.C. No. RSL-1 |
| MARIE DOLAN ) | |
| _____ ) | |

STATE OF CALIFORNIA   )
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is:  21031 Ventura Boulevard, Suite 640, Woodland Hills, California 91364.

    On February 27, 2012, I served the foregoing document(s) described as: **RELIEF FROM STAY COVER SHEET; NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY; MOTION FOR RELIEF FROM AUTOMATIC STAY (PERSONAL PROPERTY)(11 U.S.C.§ 362 and Bankruptcy Rule 4001), DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY (PERSONAL PROPERTY)(11 U.S.C. Section 362 and Bankruptcy Rule, 4001); EXHIBITS TO DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes with postage thereon fully prepaid in the United States mail at Woodland Hills, California, addressed as follows:

**DEBTORS:**
TIMOTHY JAMES DOLAN
ALLISON MARIE DOLAN
13614 Monarch Palm Avenue
Bakersfield, CA 93314

**ATTORNEY FOR DEBTORS**:
JACOB L. EATON
4550 California Avenue. 2nd Floor
Bakersfield, CA 93309

**TRUSTEE:**
MICHAEL H. MEYER
P.O. Box 28950
Fresno, CA 93729-8950

**U.S. Trustee**
UNITED STATES COURTHOUSE
2500 Tulare Street, Room 1401
Fresno, CA 93721

    I am familiar with the ordinary business practice of the law firm of LAW OFFICE OF ROBERT S. LAMPL, A Professional Corporation, for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day in the ordinary course of business, addressed as indicated above.

    Executed on February 27, 2012, at Woodland Hills, California.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/S/Lisa Robinson