Case 11-63718    Filed 07/06/12    Doc 104

FILED
July 06, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004326120

Jeffrey W. Dulberg  (CA Bar No. 181200)
Steven J. Kahn  (CA Bar No. 76933)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for Movants B. Wayne Hughes, Jr. and Mariposa De Oro, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TIMOTHY JAMES DOLAN and ALLISON MARIE DOLAN,<br><br>Debtors. | Case No.: 11-63718 FEC<br>DC No. JWD-1<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>Date:     **August 8, 2012**<br>Time:    **10:00 a.m.**<br>Place:   **U.S. Courthouse**<br>           **2500 Tulare Street**<br>           **Courtroom 11, Fifth Floor**<br>           **Fresno, CA**<br>Judge:   **Honorable Fredrick E. Clement** |

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND THEIR COUNSEL, THE CHAPTER 7 TRUSTEE AND OTHER INTERESTED PARTIES:**

      **PLEASE TAKE NOTICE** that movants, B. Wayne Hughes, Jr. and Mariposa De Oro, LLC ("Movants") have filed a Motion Relief from Automatic Stay (the "Motion") in the above-captioned matter.  The Motion will be heard before the Honorable Fredrick E. Clement on August 8, 2012 at 10:00 a.m. in Courtroom 11 at the United States Bankruptcy Court located at 2500 Tulare Street, Fifth Floor, Fresno, California.

DOCS_LA:255743.1 38125-001

The Motion is based upon the Declaration, Memorandum of Points and Authorities and Movants' Relief From Stay Summary Sheet, as well as other evidence attached to the Motion in support thereof.

Pursuant to Local Bankruptcy Rule 9014-1(f)(1), Movants have filed and served the Motion with at least twenty-eight (28) days notice prior to the hearing date. The use of this alternative procedure in connection with a motion for relief from the automatic stay shall be deemed a waiver of the time limitations contained in 11 U.S.C. § 362(e).

Oppositions, if any, to the granting of the Motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) days preceding the date or continued date of the hearing. Oppositions shall be accompanied by evidence establishing factual allegations. Without good cause, no party shall be heard in opposition to the Motion at oral argument if written opposition to the Motion has not been timely filed.

Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion or may result in the imposition of sanctions.

Respectfully submitted,

Dated: July 6, 2012

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Jeffrey W. Dulberg
Jeffrey W. Dulberg
Steven J. Kahn
E-mail: skahn@pszjlaw.com
Counsel for Movants B. Wayne Hughes, Jr. and Mariposa De Oro, LLC

2

DOCS_LA:255743.1 38125-001