FILED
July 06, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004327560

Jeffrey W. Dulberg  (CA Bar No. 181200)
Steven J. Kahn  (CA Bar No. 76933)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jdulberg@pszjlaw;com; skahn@pszjlaw.com

Attorneys for Movants B. Wayne Hughes, Jr. and Mariposa De Oro, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:

TIMOTHY JAMES DOLAN and ALLISON MARIE DOLAN,

                Debtors.

Case No.: 11-63718 FEC
DC No. JWD-1

Chapter 7

**PROOF OF SERVICE OF (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362; (2) NOTICE OF HEARING; (3) RELIEF FROM STAY SUMMARY SHEET; AND (4) AMENDED NOTICE OF HEARING**

<u>**New Date: August 15, 2012**</u>
Date:     **August 8, 2012**
Time:     **10:00 a.m.**
Place:     **U.S. Courthouse**
             **2500 Tulare Street**
             **Courtroom 11, Fifth Floor**
             **Fresno, CA**
Judge:    **Honorable Fredrick E. Clement**

I, Mary de Leon declare:

1.    I am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California.

2.    On or about July 6, 2012, I caused to be served the following: **<u>(1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362; MEMORANDUM OF</u>**

**POINTS AND AUTHORITIES AND DECLARATION OF BRADLEY D. ROSS IN SUPPORT [DOCKET NO. 103] ; (2) NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 [DOCKET NO. 104]; (3) RELIEF FROM STAY SUMMARY SHEET [DOCKET NO. 105]; AND (4) AMENDED NOTICE OF HEARING,** filed on July 6, 2012, by sending a copy of said documents via U.S. mail on the attached list, Exhibit "A" hereto.

  I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

  Executed on July 6, 2012, at Los Angeles, California.

                */s/ Mary de Leon*
                Mary de Leon

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

DOCS_LA:255863.1 38125-001

# EXHIBIT A

DOCS_LA:255863.1 38125-001

# SERVICE LIST

<u>Attys for Debtors</u>
Jacob L. Eaton, Esq.
Klein, Denatale, Goldner,
Cooper, Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA  93309

<u>Debtors</u>
Allison Marie Dolan
Timothy James Dolan
13614 Monarch Palm Avenue
Bakersfield, CA  93314

<u>Chapter 7 Trustee</u>
Randell Parker
3820 Herring Rd.
Arvin, CA  93203

<u>Attys for Chapter 7 Trustee</u>
Trudi G. Mandredo, Esq.
The Law Office of Trudi G. Manfredo
575 E. Alluvial, #103-A
Fresno, CA  93720

DOCS_LA:252773.1 38125-001