```
                          United States Bankruptcy Court
                           Eastern District of California
```

In re:                                                      Case No. 11-63718-A
Timothy James Dolan                                         Chapter 7
Allison Marie Dolan
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0972-1          User: crof              Page 1 of 2              Date Rcvd: Aug 30, 2012
                              Form ID: pdf021         Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2012.
```
db/jdb      +Timothy James Dolan,    Allison Marie Dolan,    13614 Monarch Palm Avenue,
              Bakersfield, CA 93314-6668
aty         +Jacob L. Eaton,    4550 California Ave 2nd Fl,    Bakersfield, CA 93309-7012
aty         +Jeffrey W. Dulberg,    10100 Santa Monica Blvd 13th Fl,    Los Angeles, CA 90067-4003
tr          +Randell Parker,    3820 Herring Rd,    Arvin, CA 93203-9661
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2012**                **Signature:** *Joseph Speetjens*

Case 11-63718    Filed 08/30/12    Doc 135

```
District/off: 0972-1           User: crof                   Page 2 of 2                   Date Rcvd: Aug 30, 2012
                               Form ID: pdf021              Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2012 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0

Case 11-63718    Filed 08/30/12    Doc 135

```
                                              FILED
                                         August 30, 2012
                                        CLERK, U.S. BANKRUPTCY COURT
                                        EASTERN DISTRICT OF CALIFORNIA
                                              D133
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Timothy James Dolan and Allison Marie Dolan **Case No :** 11−63718 − A − 7 |
| | **Date :** 8/29/12 |
| | **Time :** 1:00 |
| **Matter :** | [103] − Motion for Relief from Automatic Stay [JWD−1] Filed by Creditors B. Wayne Hughes Jr., Mariposa De Oro, LLC (Fee Paid $176) (ltrf) |
| **Judge :** | Fredrick E. Clement |
| **Courtroom Deputy :** | Gay Parker |
| **Reporter :** | Linda Gorman |
| **Department :** | A |

**APPEARANCES for :**
**Movant(s) :**
  Creditor's Attorney − Jeffrey Dulberg
**Respondent(s) :**
  Debtor(s) Attorney − Jacob L. Eaton

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the civil minutes and good cause appearing.

IT IS ORDERED that the motion is denied.

Dated: Aug 30, 2012

Fredrick E. Clement
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Allison Dolan
13614 Monarch Palm Avenue
Bakersfield, CA 93314


Timothy Dolan
13614 Monarch Palm Avenue
Bakersfield, CA 93314


Jeffrey Dulberg
10100 Santa Monica Blvd 13th Fl
Los Angeles, CA 90067


Jacob Eaton
4550 California Ave 2nd Fl
Bakersfield, CA 93309


Randell Parker
3820 Herring Rd
Arvin, CA 93203