Jeffrey W. Dulberg (CA Bar No. 181200)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jdulberg@pszjlaw.com; gbrown@pszjlaw.com

Attorneys for Movant, Blue Palm, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TIMOTHY JAMES DOLAN and ALLISON MARIE DOLAN,<br><br>                          Debtors. | Case No.: 11-63718 FEC<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER GRANTING IN PART MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>Date: May 22, 2013<br>Time: 1:30 p.m.<br>Place: U.S. Courthouse<br>        1300 18th Street<br>        First Floor<br>        Bakersfield, CA<br>Judge: Hon. Fredrick E. Clement |

I, Megan Wertz declare:

1. I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California.

2. On or about May 22, 2013, I caused to be served the following [**PROPOSED**] **ORDER GRANTING IN PART MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

DOCS_LA:267809.1 38125/001

1  **UNDER 11 U.S.C. § 362,** which was uploaded to ECF on May 22, 2013, by sending a copy of said

2  document via United States mail on the attached list, Exhibit "A" hereto.

3      I declare that I am employed in the office of a member of the bar of this Court at whose

4  direction was made.

5      Executed on May 22, 2013, at Los Angeles, California.

                                        */s/ Megan Wertz*
                                        Megan Wertz

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

2

DOCS_LA:267809.1 38125/001

# EXHIBIT A

DOCS_LA:267809.1 38125/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

# SERVICE LIST

U.S. Trustee
U.S. Courthouse
2500 Tulare Street, Suite 1401
Fresno, CA  93721-1318

<u>Attys for Debtors</u>
Jacob L. Eaton, Esq.
Kaleb L. Judy, Esq.
Klein, Denatale, Goldner,
Cooper, Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

<u>Debtors</u>
Timothy James Dolan
Allison Marie Dolan
13614 Monarch Palm Avenue
Bakersfield, CA 93314

<u>Co-Counsel for Blue Palm, LLC</u>
Bradley D. Ross, Esq.
Freeman Freeman & Smiley LLP
1888 Century Park East, Suite 1900
Los Angeles, CA  90067

<u>Chapter 7 Trustee</u>
Randell Parker
3820 Herring Rd.
Arvin, CA  93203

<u>Attys for Chapter 7 Trustee</u>
Trudi G. Mandredo,  Esq.
The Law Office of Trudi G. Manfredo
575 E. Alluvial, #103-A
Fresno, CA  93720

<u>Request for Special Notice</u>

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
Attn:  Ramesh Singh
25 SE 2nd Avenue, #1120
Miami, Florida  33131-1605

DOCS_LA:267809.1 38125/001