Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jdulberg@pszjlaw.com

Attorneys for Movant, Blue Palm, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TIMOTHY JAMES DOLAN and ALLISON MARIE DOLAN,<br><br>                  Debtors. | Case No.: 11-63718 FEC<br>DC No. JWD-2<br><br>Chapter 7<br><br>**ORDER GRANTING IN PART MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**Date:**    May 22, 2013<br>**Time:**   1:30 p.m.<br>**Place**:   U.S. Courthouse<br>           1300 18th Street<br>           First Floor<br>           Bakersfield, CA<br>**Judge**:  Honorable Fredrick E. Clement |

A hearing on the motion of Blue Palm, LLC ("Movant") for an order granting relief from the automatic stay under 11 U.S.C. § 362(d) (the "Motion") was held at the date, time and place set forth above. Appearances were noted on the record. For the reasons set forth on the record and in the minutes of the proceedings, it is hereby

ORDERED, that the Motion is granted to the extent set forth herein;

ORDERED, that the automatic stay of 11 U.S.C. § 362, as it applies to the Estate, is hereby terminated for cause;

RECEIVED
May 24, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004813928

6.2 38125/001

ORDERED, that the Motion is denied, without prejudice, with respect to the Debtors in accordance with Bankruptcy Rule 9013 and 9014; and

ORDERED, that the 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

Dated: May 24, 2013

_____
Fredrick E. Clement
United States Bankruptcy Judge

2

DOCS_LA:267746.2 38125/001