Case 11-63718    Filed 07/11/13    Doc 192

Jeffrey W. Dulberg  (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email:  jdulberg@pszjlaw.com

Attorneys for Movant, Blue Palm, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TIMOTHY JAMES DOLAN and ALLISON MARIE DOLAN,<br><br>                Debtors. | Case No.: 11-63718 FEC<br>DC No. JWD-3<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**Date:**     June 26, 2013<br>**Time:**    1:30 p.m.<br>**Place**:    U.S. Courthouse<br>              1300 18th Street<br>              First Floor<br>              Bakersfield, CA<br>**Judge**:   Honorable Fredrick E. Clement |

In advance of the scheduled June 26, 2013 hearing on the motion of Blue Palm, LLC ("Movant") for an order granting relief from the automatic stay under 11 U.S.C. § 362(d) (the "Motion"), the Court issued a written Final Ruling granting the Motion.  No written oppositions were filed with regard to the Motion.  The Court did not call the Motion for hearing on June 26, 2013 in light of its Final Ruling.  For the reasons set forth in the Final Ruling, it is hereby

ORDERED, that the Motion is granted as to the debtors;

ORDERED, that default of the responding party is entered;

ORDERED, that the Court finds cause to grant the Motion for relief from stay pursuant to 11 U.S.C. § 362(d) with regard to 9857 Steelhead Road; Paso Robles, California (the "Property").

RECEIVED
July 10, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004877900

1.3 38125/001

~~There is an insufficient equity cushion. The Court finds the Property to have a value of $519,000.~~

~~The amount due Blue Palm, LLC's obligation, secured by a first deed of trust, is $518,243.81~~

ORDERED, that the 14-day stay described by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

Dated: Jul 11, 2013

*/s/ Fredrick E. Clement*
Fredrick E. Clement
United States Bankruptcy Judge

DOCS_LA:268951.3 38125/001